No. 73–604. CASS *v.* UNITED STATES; and

No. 73–5661. ADAMS ET AL. *v.* SECRETARY OF THE NAVY ET AL. C. A. 9th Cir. [Certiorari granted, 414 U. S.

1128.] Motion of petitioners in No. 73–5661 for divided argument granted. It is ordered that 15 minutes be allotted to petitioners for oral argument in each of these consolidated cases.